UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

JESSICA GOSSOM as Administratrix of the
Estate of JOSHUA SHIMKUS, Deceased,
and as Next-Friend of ▮▮▮▮▮▮▮▮
and ▮▮▮▮▮▮▮▮, Minors,

        Plaintiff,

v.                                    No. _____

UNION PACIFIC RAILROAD COMPANY,
TTX COMPANY, TTX RAIL SERVICES, INC.,
TRINITY INDUSTRIES RAILCAR
CORPORATION, TRINITY INDUSTRIES, INC.,
LEXAIR, INC., PROGRESS RAIL SERVICES
CORPORATION, URS CORPORATION,
WILLIAMS PLANT SERVICES, LLC,
WORLEYPARSONS GROUP,
TENNESSEE VALLEY AUTHORITY,
THOMAS WEATHERBY,
and BRIAN KIRK EGNER,

        Defendants.

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1442 and 28 U.S.C. § 1446 and the Federal Rules of Civil Procedure, Defendant Tennessee Valley Authority ("TVA") hereby submits for filing this Notice of Removal of this civil action from the McCracken Circuit Court of the Commonwealth of Kentucky in Paducah, Kentucky, and respectfully shows as follows:

    1.    TVA is a Defendant in a civil action, Case No. 19-CI-00106, now pending in State court, the McCracken Circuit Court of the Commonwealth of Kentucky in Paducah, Kentucky, wherein Jessica Gossom, as Administratrix of the Estate of Joshua Shimkus, Deceased, and as Next-Friend of ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ Minors, is the Plaintiff.

1

2. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders that have been served upon TVA in this civil action are being filed as Attachment 1 to this Notice.

3. In this civil action, Plaintiff seeks to recover damages for personal injuries allegedly sustained by Joshua Shimkus during a December 10, 2017 accident that occurred at the Shawnee Fossil Plant, which is owned and operated by TVA. (Attach. 1, Compl. ¶ 21.) Plaintiff also seeks damages for medical expenses, funeral expenses, and lost wages allegedly incurred by the estate following Mr. Shimkus's death (*id.* ¶ 32), as well as for the loss of affection and financial support allegedly suffered by Mr. Shimkus's minor children. (*Id.* ¶ 33.)

4. Plaintiff initiated this civil action by filing a Complaint against TVA and other Defendants in State court on February 6, 2019, and TVA received a copy of the Complaint through service or otherwise on February 11, 2019. A copy of Plaintiff's Complaint is included in Attachment 1.

5. TVA is a constitutionally-authorized executive branch corporate agency and instrumentality of the United States created by and existing pursuant to the Tennessee Valley Authority Act of 1933, 16 U.S.C. §§ 831 to 831ee. *See* 16 U.S.C. § 831r (denoting TVA as an agency of the United States); *TVA v. Hill*, 437 U.S. 153, 157 (1978) (TVA is a "wholly owned public corporation of the United States"); *Ashwander v. TVA*, 297 U.S. 288, 315 (1936) (TVA is "an agency of the federal government"); *Hill v. U.S. Dep't of Labor*, 65 F.3d 1331, 1333 (6th Cir. 1995) (TVA is "a wholly-owned corporate agency and instrumentality of the United States").

6. Federal law, 28 U.S.C. § 1442(a)(1), authorizes removal of any civil action commenced against the United States or any agency thereof or any officer (or any person acting

under that officer) of the United States or any agency thereof for or relating to any act under color of such office. *See City of Cookeville v. Upper Cumberland Membership Corp.*, 484 F.3d 380, 389 & n.5 (6th Cir. 2007) ("[T]he text and legislative history of § 1442(a)(1) demonstrate that any federal agency sued can always remove under § 1442(a)(1)[.]").

7. Because Plaintiff's Complaint is "against or directed to" an agency of the United States, it is removable to this Court pursuant to 28 U.S.C. § 1442(a)(1). *See City of Cookeville v. Upper Cumberland Membership Corp.*, 484 F.3d at 389.

8. This Notice of Removal is being submitted for filing within 30 days of receipt by TVA, through service or otherwise, of the Complaint and, therefore, is timely and proper under 28 U.S.C. § 1446(b).

9. In accordance with 28 U.S.C. § 1446(d), and as shown by the Certificate of Filing and Service being submitted herewith as Attachment 2, notice of the removal of this civil action was effected on February 28, 2019, by (1) mailing copies of this Notice and said certificate to counsel for Plaintiff and all other parties to this action, thereby notifying them of the filing of this Notice and the removal of this action; and (2) by causing copies of this Notice and said certificate to be filed with the Clerk of the McCracken Circuit Court of the Commonwealth of Kentucky.

WHEREFORE, TVA prays that this action be removed from State court to this Court as provided by law.

Respectfully submitted,

*s/Frances Regina Koho*
David D. Ayliffe (TN BPR 024297)
Associate General Counsel
Frances Regina Koho (TN BPR 029261)
James S. Chase (TN BPR 020578)
Kathleen Keough Griebel (WV Bar 12005)
Ibrahim M. Berro (TN BPR 036731)
Tennessee Valley Authority
Office of the General Counsel
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.2410
frkoho@tva.gov
ddayliffe@tva.gov
jschase@tva.gov
kkgriebel@tva.gov
imberro@tva.gov

Attorneys for Tennessee Valley Authority

82964166