UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:19-CV-00033-BJB-LLK

JESSICA GOSSOM                                                                                              PLAINTIFF

v.

UNION PACIFIC RAILROAD COMPANY, *et al.*                                           DEFENDANTS

## ORDER

Judge David J. Hale referred this matter to U.S. Magistrate Judge Lanny King for hearing and determining all pretrial matters, including non-dispositive motions.  [DN 141].

On July 26, 2021, the Court held a telephonic status conference.  [DN 156].  Counsel for Lexair, Inc. was in attendance and advised the Court of their settlement with the Plaintiff.  Accordingly, it is **HEREBY ORDERED:**

The parties shall submit either an Agreed Order of Dismissal or a joint status report to Judge King regarding the noticed settlement within thirty days of this order.

**IT IS SO ORDERED.**

July 27, 2021

Lanny King, Magistrate Judge
United States District Court

c:    Counsel of Record
p:    0.05

1